[No. 67147-2-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN LUIS LOZANO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00221-1, George N. Bowden, J., entered May 11, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Spearman, J.

[No. 67148-1-I.   Division One.   July 23, 2012.]

*In the Matter of the Dependency of* M.R.S.H.

TIANA HALPIN, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-7-03275-2, James A. Doerty, J., entered April 18, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Cox, JJ.

[No. 67149-9-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. REAVY DORDY WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04120-2, Catherine D. Shaffer, J., entered May 2, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Lau, JJ.

[No. 67272-0-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. FAUSTO VEGA-FILIO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09293-1, Bruce W. Hilyer, J., entered May 23, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Spearman, J.